DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/07

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 14, 2007

**BY FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

DEC 17 2007

Re:   United States v. Abeba McCray
      07 Cr. 940 (HB)

Dear Judge Baer:

I write on behalf of the Government in the above-referenced case. The defendant voluntarily surrendered in the Eastern District of Michigan on December 5, 2007, on which date she was presented before a magistrate judge in that District pursuant to Federal Rule of Criminal Procedure 5(c)(3).

I understand that the defendant is pregnant and expected to give birth in mid-January 2008. Accordingly, I respectfully request that the Court schedule the arraignment for February 28, 2008, at 11:30 a.m., which I understand to be an available time for Your Honor. Pursuant to Title 18, United States Code, Section 3161(c)(1), time under the Speedy Trial Act will not start to run until the defendant's first appearance before a judge in this District.

2/28/08 @ 11:30 too.

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 12/26/07

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2937

cc:   Sabrina Shroff, Esq.
      *By Facsimile*

TOTAL P.02