Federal Defenders
OF NEW YORK

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

RECEIVED
FEB 26 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

February 25, 2008

BY HAND

Hon. Harold Baer
United States District Judge
Southern District Of New York
500 Pearl Street
New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

Re: United States v. McCray
07 Cr. 940 (HB)

The Hon. Baer:

I am writing to request for an adjournment of the February 29, 2008 initial appearance on the above matter. I make this request as Ms. McCray has recently had a baby and she is unable to travel.

I have spoken with AUSA Cronan and he has consented to this request. We request that the Court schedule an initial appearance in late March or early April.

Thank you.

Respectfully submitted,

Sabrina P. Shroff

[Handwritten note: although the D is entitled to be present but she can provide you with authorization to start the ball rolling — I urge you to be here as per the schedule & we need to go forward if possible]

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 2/27/08

Endorsement:

    Obviously the defendant is entitled to be present but she can provide you with authorization to start the ball rolling - I urge you to be here as per the schedule and we will go forward if possible.