```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :    ORDER

            -v.-                 :    07 Cr. 940 (HB)

ABEBA McCRAY,                    :

                Defendant.       :

- - - - - - - - - - - - - - - - x
```

WHEREAS, the defendant has moved pursuant to Federal Rule of Criminal Procedure 21(b), to transfer the above-captioned case to the United States District Court for the Eastern District of Michigan;

WHEREAS, the Government has not objected to the defendant's motion; and

WHEREAS, the Court has determined that the convenience of the parties and witnesses, as well as the interest of justice, warrant the transfer of this case to the United States District Court for the Eastern District of Michigan,

IT IS ORDERED that the above-captioned case be transferred to the United States District Court for the Eastern District of Michigan pursuant to Federal Rule of Criminal Procedure 21(b). The Clerk of this Court is directed to close the case and transfer the record to the Clerk of the United States District Court for the Eastern District of Michigan.

Dated:   March 25, 2008

_____
HONORABLE HAROLD BAER, JR.
United States District Judge

[Stamp: DOCUMENT ELECTRONICALLY FILED  DOC #: ___  DATE FILED: 3/25/08]